AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

LA'John Devarus Gaither,
*Plaintiff*
v.
Allane Roach *Nurse*; Sony Paz *Nurse/Med-Tech also known as Sonya Paz*,

*Defendants*.

)
) Civil Action No.    1:23-cv-01872-DCN
)
)
)
)

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, LA'John Devarus Gaither*,* shall take nothing of the defendants, Allane Roach *Nurse*; and Sony Paz *Nurse/Med-Tech also known as Sonya Paz*, and this action is dismissed without prejudice because of Plaintiff's failure to prosecute .

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable David C Norton, United States District Judge, presiding, affirming the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint for failure to prosecute.

Date:   February 6, 2024                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                          s/L. Baker
                                                   _____
                                                   *Signature of Clerk or Deputy Clerk*